# COLLECTIVE EXHIBIT 1



**TERRY E. ROMANS**
P.E., R. L. S.
ROMANSENGINEERING@GMAIL.COM
WWW.ROMANSENGINEERING.COM

January 5, 2018

**Re:** **Steve Covington**

To whom it may concern,

The purpose of this letter is to speak on behalf of Steve (Stevie) Covington. I have known Stevie almost a year. I met him through a mutual friend that he works with at Judy Construction. Stevie helped construct a walkway to the river behind my house last summer. He also, helped resurfacing my deck and building new handrails. Stevie has cut wood for me and worked clearing fallen trees over my road. I have several other projects around my house that he is welcome to work on. See the attached photographs of some of the projects he has done for me.

I trust Stevie and all I see when he's at my place is constant hard work. It would be a travesty for him be taken out of the work force and put back as a tax burden to society. He is a trustworthy and hard worker who wants to provide for his family.

I hope you will consider him as rehabilitated and an asset to society.

Sincerely,


Terry E Romans, PE, RLS

1923 HOPEWELL ROAD · KNOXVILLE, TN 37920
PHONE (865) 679-5736






Walkway to River



Walkway to river



Deck



Deck



103 S Church St.

PO Box 457

Cynthiana, KY. 41031

859-234-6900

January 17, 2018

To whom it may concern:

This letter is a character reference for Mr. Larry Covington. Larry is employed with Judy Construction Company and has been under my direct supervision from February 2016 to present. Larry is a knowledgeable, respectful and hardworking employee. He is personable and works well with any crew I assign him to. I trust Larry to perform any task I appoint him with the utmost ability and integrity, he has quickly become an integral employee to this job. He is one of my most dependable employees regarding punctuality and attendance which is quiet admirable in the construction industry. Larry is a definite asset to this company, his pleasant and easy going temperament as well as his work ethic makes him an ideal employee for which I am more than pleased to provide a character reference.

Please feel free to contact me at 276-698-8861 should you have any questions.

Respectfully,

Steve Sullivan
Superintendent
Judy Construction Company