UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Nos. 3:17-CR-50 |
| | ) | 3:18-CR-71 |
| | ) | (PHILLIPS/POPLIN) |
| LARRY STEVEN COVINGTON, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER OF DETENTION PENDING FURTHER PROCEEDINGS

The above-named defendant was scheduled for an initial appearance and on a petition for warrant for offender on pretrial release in Case 3:17-cr-50, and an initial appearance and arraignment hearing in Case 3:18-cr-71, before the undersigned on July 3, 2018. Attorney Robert Kurtz advised the Court that the defendant wished to waive his right to a detention hearing at this time while reserving the right to move for a detention hearing at a later date. The defendant executed the appropriate Waiver of Detention Hearing.

Accordingly, the defendant is committed to the custody of the Attorney General or his/her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

                                         s/Debra C. Poplin
                                         Honorable Debra C. Poplin
                                         UNITED STATES MAGISTRATE JUDGE